ROBYN B. SOKOL – State Bar No. 159506
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 S. Los Robles, Suite 300
Pasadena, CA  91101
Telephone:  (626) 796-4000
Facsimile:  (626) 795-6321
Email:        rsokol@leechtishman.com

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-18868-VZ |
| WEED CELLARS, INC., | Adv. Case No. 2:23-ap-01475-VZ |
| Debtor. | Chapter 7 |
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE, | **AFFIDAVIT RE: PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSRY PROCEEDING [LBR-7004-1], COMPLAINT FOR: (1) AVOIDANCE OF FRAUDULENT TRANSFERS AND RECOVERY FOR THE ESTATE PURSUANT TO 11 U.S.C. §§ 544, 550 AND CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07; ADVERSARY COVER SHEET; ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCE; [BLANK] JOINT STATUS REPORT FORM VZ.LBR7016STATUS.RPT** |
| Plaintiff, | |
| v. | |
| STEVEN WINICK, an individual, | |
| Defendants. | |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**200 S. Los Robles Avenue, Suite 300, Pasadena, CA 91101.**

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSRY PROCEEDING [LBR-7004-1], COMPLAINT FOR: (1) AVOIDANCE OF FRAUDULENT TRANSFERS AND RECOVERY FOR THE ESTATE PURSUANT TO 11 U.S.C. §§ 544, 550 AND CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07; ADVERSARY COVER SHEET; ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCE; [BLANK] JOINT STATUS REPORT FORM VZ.LBR7016STATUS.RPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On (**date**), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐        Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **November 28, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Steven Winick
11596 Pamplona Blvd.
Boyton Beach, FL 33437-4076

☐        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (**date**), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 29, 2023 | Lydia Moya | /s/ *Lydia Moya* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4890-0717-6596, v. 1

**F 9013-3.1.PROOF.SERVICE**