United States Bankruptcy Court

Central District of California

Miller, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-01475-VZ

Winick,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: May 01, 2024      Form ID: pdf045      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Elissa D. Miller, Chapter 7 Trustee |
| dft | | Steven Winick |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elissa Miller (TR) | CA71@ecfcbis.com<br>MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com |
| Robyn B Sokol | on behalf of Plaintiff Elissa D. Miller  Chapter 7 Trustee rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

```
ROBYN B. SOKOL – State Bar No. 159506
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 S. Los Robles, Suite 300
Pasadena, CA  91101
Telephone:  (626) 796-4000
Facsimile:   (626) 795-6321
Email:         rsokol@leechtishman.com

Attorneys for Elissa D. Miller, Chapter 7 Trustee
```

**FILED & ENTERED**

**MAY 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WEED CELLARS, INC.,<br><br>        Debtor.<br>_____<br><br>ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN WINICK,<br><br>        Defendant. | Case No. 2:21-bk-18868-VZ<br><br>Chapter 7<br><br><br><br>Adv. Case No. 2:23-ap-01475-VZ<br><br>**DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 9055-1**<br><br>Date:   April 23, 2024<br>Time:   11:00 a.m.<br>Place:  United States Bankruptcy Court<br>        Courtroom 1368<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

      The Court, having considered the *Motion for Default Judgment Under Local Bankruptcy Rule 9055-1* (the "**Motion**") against Steven Winick ("**Defendant**"), filed by Plaintiff, Elissa D. Miller, the duly appointed and acting Chapter 7 Trustee for Weed Cellars, Inc. ("**Plaintiff**"), the memorandum of points and authorities, supporting declarations and exhibits, and all files and records on file in this case, and it appearing that the Defendant was properly served with the *Complaint for (1) Avoidance of Fraudulent Transfers and Recovery for the Estate  Pursuant to 11 U.S.C. §§ 544, 550 and Cal. Civ. Code §§ 3439.04, 3439.05, 3439.07; (2) Open  Book Account; (3) Account Stated; and (4) Money Had and Received* and Summons herein, and that the Motion and

*Notice of Motion for Plaintiff's Motion for Default Judgment* were duly served on all interested parties, and good cause appearing therefor:

**IT IS ORDERED THAT**:

1. The Motion is granted;

2. Judgment is entered against Defendant in the amount of $37,000 for the benefit of the estate of Weed Cellar, Inc.;

3. Plaintiff shall recover from Defendant the sum of $37,000, legal fees in accordance with Local Bankruptcy Rule 7055-1(b)(4) in the amount of $2,820.00 plus interest at the federal judgment rate from the date of each of the transfers made by Weed Cellar, Inc. to the Defendant until the date this judgment is satisfied plus.

### #

Date: May 1, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge